**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MICHIGAN SPINE & BRAIN
SURGEONS, PLLC (BARABAS),

    Plaintiff,    Case No. 2:19-cv-10068
            HON. VICTORIA A. ROBERTS

-vs-

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendant.

_____

**STIPULATION FOR ENTRY OF ORDER
FOR DISMISSAL WITH PREJUDICE**

  It is stipulated by the parties, by and through their respective counsel, to entry of an Order dismissing the above-entitled cause with prejudice and without costs.

BY:  s/ Bryan L. Schefman *w/consent*    BY:  s/ Kevin J. Bacon
    Bryan L. Schefman, P35435         Kevin J. Bacon, P69679
    Attorney for Plaintiff Michigan       Attorney for Defendant
    Spine & Brain Surgeons,          State Farm Mutual
    PLLC                   Automobile Insurance
                         Company

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHIGAN SPINE & BRAIN
SURGEONS, PLLC (BARABAS),

        Plaintiff,        Case No. 2:19-cv-10068
                              HON. VICTORIA A. ROBERTS

-vs-

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

        Defendant.

_____

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to a stipulation by and between the parties, and the Court being fully advised in the premises:

IT IS ORDERED that the above-entitled cause of action be, and the same is, dismissed with prejudice and without cost to any of the parties.

This Order resolves the last pending claim and closes this case.

                                          S/ Victoria A. Robets
                                          FEDERAL DISTRICT COURT JUDGE

Dated: 9/24/19